**800**

No. 694. BOZEL *v.* UNITED STATES. April 10, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Emmet H. Bozel, pro se.* *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 773. MARBRY *v.* CAIN ET AL. April 10, 1944. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. William G. Cavett* for petitioner. *Mr. Leo E. Bearman* for respondents.

No. 91. BAIN PEANUT CO. *v.* COMMISSIONER OF INTERNAL REVENUE. March 6, 1944. Certiorari, 320 U. S. 721, to the Circuit Court of Appeals for the Fifth Circuit. Dismissed on motion of counsel for the petitioner. *Mr. B. L. Agerton* for petitioner.

No. —. EX PARTE ARTHUR S. HUMES. January 17, 1944. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. 320 U. S. 716.